# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OPERATION NORTH POLE, INC., | Case No. 2:17-cv-02759-GMN-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| MAGICAL MOMENTS EVENTS LLC, | |
| Defendant(s). | |

With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: March 1, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge